IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID SCOTT GAFFORD, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:17cv550-MHT |
| ) | (WO) |
| QCHC MEDICAL SERVICE and ) | |
| DR. CHILLI, ) | |
| ) | |
|    Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging that the defendants were withholding his medication, which caused him to have mental breakdowns and delusional thoughts. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2018.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE